FILED
2022 Aug-10 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JACK JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:20-cv-01325-AMM-NAD |
| JEFFERSON DUNN, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation on July 12, 2022, recommending the motion for summary judgment filed by defendants Jefferson Dunn, Lieutenant Mohammad Jenkins, former Warden Leon Bolling, and Officer Fabian Banks, Doc. 20, be granted. Doc. 27. Although the magistrate judge notified plaintiff Jack Jones of his right to file objections to the report and recommendation within fourteen days, Doc. 27 at 25–26, that time has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court finds that there are no genuine issues of material fact and that the defendants are entitled to judgment in their favor as a matter of law. Accordingly, the court shall **ORDER** that

defendants Jefferson Dunn, Lieutenant Mohammad Jenkins, former Warden Leon Bolling, and Officer Fabian Banks' motion for summary judgment, Doc. 20, be **GRANTED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 10th day of August, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE